UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JERETT JORDAN                                                                       PLAINTIFF

V.                                        CIVIL ACTION NO. 3:21-CV-11-KHJ-MTP

RON KING, ET AL.                                                  DEFENDANTS

ORDER

Before the Court is Plaintiff Jerett Jordan's Motion for Reconsideration [38], asking the Court to vacate its Order [37] adopting the Report and Recommendations ("R & R") of Magistrate Judge Michael T. Parker [28]. The Court's Order dismissed claims: against one defendant; for injunctive relief; and for relief in the form of criminal charges. [37] at 5.

After carefully considering Jerett's Motion, the record, and applicable case law, the Court concludes Jerett fails to adequately contest the correctness of the R & R. *See Hillie v. Williams*, 4:17-CV-69-DMB-DAS, 2018 WL 280531, at *1 (N.D. Miss. Jan. 3, 2018). Jerett does not identify manifest errors of law, newly discovered evidence that would change the Court's analysis, or extraordinary reasons why the Court should vacate its Order [37]. *Id.*

IT IS, THEREFORE, ORDERED AND ADJUDGED that Jordan's Motion for Reconsideration [38] is DENIED.

SO ORDERED, this the 6th day of September, 2022.

s/ *Kristi H. Johnson*  
UNITED STATES DISTRICT JUDGE